# CASES

## ARGUED AND DETERMINED

IN THE

# UNITED STATES CIRCUIT COURTS OF APPEALS AND THE CIRCUIT AND DISTRICT COURTS.

---

### CRAWFORD v. HUBBELL.

(Circuit Court, S. D. New York. September 13, 1898.)

REMOVAL OF CAUSES—FEDERAL QUESTION—CONSTRUCTION OF REVENUE ACT.
A cause involving the question whether an express company or its customer must furnish the stamp required by the war revenue act of 1898 to be affixed to a receipt given by the company is one arising under a law providing internal revenue, within Rev. St. § 629, and is removable.

Motion to remand.

Frederick Seymour, for the motion.
Charles Steele, opposed.

LACOMBE, Circuit Judge. An analysis of the bill of complaint shows conclusively that the real controversy tendered is whether or not the terms of the recent war revenue act require express companies to pay for the stamps to be affixed to the receipts they give, and forbid their exacting the price of such stamps from their customers, or whether such act leaves the question who shall pay for the revenue stamp open between the parties. Manifestly, then, this is a cause "arising under [a] law providing internal revenue." U. S. Rev. St. § 629. It has been held in this court that the application of the section last quoted has not been modified, as to removed causes, by the acts of 1887 and 1888. Vinal v. Improvement Co., 34 Fed. 228. Motion denied.